# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

December 2, 2024

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202-3988

**FILED**
Dec 04, 2024
KELLY L. STEPHENS, Clerk

Re: Brian Kelsey
v. United States
No. 24-590
(Your No. 23-5755, 23-5756)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on November 26, 2024 and placed on the docket December 2, 2024 as No. 24-590.

Sincerely,

**Scott S. Harris**, Clerk

by

Sara Simmons
Case Analyst