# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No. 23-5755

UNITED STATES OF AMERICA,

Appellee,

v.

BRIAN KELSEY,

Defendant-Appellant.

_____

## GOVERNMENT'S MOTION TO LIFT THE STAY OF THE MANDATE AND ISSUE THE MANDATE FORTHWITH

_____

The United States respectfully moves this Court to lift the stay of the mandate pending certiorari and issue the mandate forthwith.

This Court affirmed defendant-appellant Brian Kelsey's judgment of conviction and sentence on July 8, 2024. *See* ECF No. 31. Upon Kelsey's motion, the Court issued an order staying the mandate "to allow" Kelsey "time

to file a petition for a writ of certiorari, and thereafter until the Supreme Court disposes of the case." ECF No. 38.[1]

Kelsey petitioned the Supreme Court for a writ of certiorari, and the Court denied the petition on January 13, 2025. *See* ECF No. 44. Accordingly, because the Supreme Court has now disposed of the case, the government respectfully moves this Court, pursuant to Federal Rule of Appellate Procedure 27, to lift the stay of the mandate and issue the mandate forthwith. Prompt issuance of the mandate will facilitate the ability of the district court—which had granted Kelsey release pending appeal—to set a date for Kelsey to begin serving his lawfully imposed sentence.

January 16, 2025                    Respectfully submitted,

/s/ Ethan A. Sachs
ETHAN A. SACHS
Criminal Division,
Appellate Section
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530
(202) 353-1028
Ethan.Sachs@usdoj.gov

---

[1] The government moved the Court to reconsider its order, and Kelsey opposed the government's motion. ECF No. 42. The motion for reconsideration remains pending before this Court.

## CERTIFICATE OF COMPLIANCE

1. This document complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 200 words.

2. This document complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5) & (a)(6) because it has been prepared in a proportionally spaced, 14-point font in text and footnotes using Microsoft Word.

/s/ Ethan A. Sachs
ETHAN A. SACHS
Criminal Division,
Appellate Section
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530
(202) 353-1028
Ethan.Sachs@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2025, I electronically filed the foregoing Government's Unopposed Motion for Extension of Time to File Answering Brief with the Clerk of the Court of the U.S. Court of Appeals for the Sixth Circuit using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

/s/ Ethan A. Sachs
ETHAN A. SACHS
Criminal Division,
Appellate Section
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530
(202) 353-1028
Ethan.Sachs@usdoj.gov