Case No. 23-5755/23-5756

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

# ORDER

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

BRIAN KELSEY

    Defendant - Appellant

Upon consideration of the Appellee's motion to issue a mandate,

It is **ORDERED** that the motion is **GRANTED**.

                                                                **ENTERED BY ORDER OF THE COURT**

                                                                Kelly L. Stephens, Clerk

Issued: January 23, 2025