## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: January 23, 2025

Ms. Lynda M. Hill
Middle District of Tennessee at Nashville
801 Broadway
Suite 800 U.S. Courthouse
Nashville, TN 37203

         Re:  Case No. 23-5755/23-5756, *USA v. Brian Kelsey*
               Originating Case No. 3:21-cr-00264-1

Dear Clerk,

Enclosed is a copy of the mandate filed in this case.

                                     Sincerely yours,

                                       s/Virginia Lee Padgett
                                       Case Manager
                                       Direct Dial No. 513-564-7032

cc:  Mr. Zachary Carter Lawson
      Mr. J. Alex Little
      Mr. Ethan A. Sachs
      Mr. J. Kent Wicker

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 23-5755/23-5756

_____

Filed: January 23, 2025

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

BRIAN KELSEY

    Defendant - Appellant

## MANDATE

Pursuant to the court's disposition that was filed 07/08/2024 the mandate for this case hereby issues today.

COSTS: None